

**ORDERED in the Southern District of Florida on November 11, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

In re:  
DONALD ELMS,

Case No. 19-24420 BKC -LMI  
Chapter 13

_____Debtor(s)_____/

### ORDER GRANTING MOTION TO CONTINUE THE CHAPTER 13 STAY

This matter having come to be heard on November 5, 2019 upon the Debtors' Motion to Continue the Automatic Stay and the Court being otherwise advised in the premises, it is: ORDERED and ADJUDGED as follows:

1. The Debtor's Motion to Continue the Automatic Stay in this matter is hereby Granted;

2. The Automatic Stay shall continue until modified or terminated by Order of this Court.

###

Submitted by:  
**PAUL N. CONTESSA, ESQUIRE**  
ATTORNEY FOR DONALD ELMS  
CORAL REEF PLAZA, SUITE #207  
15321 SOUTH DIXIE HIGHWAY  
MIAMI, FLORIDA 33157  
CONTESSALAW@GMAIL.COM

Paul N. Contessa, Esq. is directed to serve copies of this Order on all parties and file a certificate of service.